IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*EX REL.* STEPHEN M. SHEA<br><br>-and-<br><br>STEPHEN M. SHEA,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>VERIZON BUSINESS NETWORK SERVICES,<br>INC.; VERIZON FEDERAL INC.;<br>MCI COMMUNICATIONS SERVICES, INC.<br>d/b/a VERIZON BUSINESS SERVICES; and<br>CELLCO PARTNERSHIP<br>d/b/a VERIZON WIRELESS,<br><br>　　　　　Defendants. | No. 1:15-cv-01615-GK |

**RELATOR STEPHEN SHEA'S NOTICE**
**OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A), Relator Stephen Shea dismisses without prejudice all claims in the above captioned case. The United States consents to the dismissal of this action without prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Christopher B. Mead  #411598
　　　　　　　　　　　　　　　　　　　London & Mead
　　　　　　　　　　　　　　　　　　　1225 19th Street, NW, Suite 320
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　T: (202) 331-3334
　　　　　　　　　　　　　　　　　　　F: (202) 785-4280
　　　　　　　　　　　　　　　　　　　cmead@londonandmead.com

　　　　　　　　　　　　　　　　　　　*Counsel for Relator Stephen Shea*

　　　　　　　　　　　　　　　　　　　Dated: April 12, 2017

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2017, I served by ECF a copy of Relator Stephen Shea's Notice of Dismissal Without Prejudice on all counsel of record.

                                                                 /s/
                                             Christopher Mead